OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401623

$ 000.26⁵

MAY. 08. 2015

5/6/2015
SALINAS, BILLY JOE     Tr. Ct. No. CR-3179-08-F(1)          WR-83,091-02
The Court has dismissed your application for writ of habeas corpus without written
order; the sentence has been discharged. See *Ex parte Harrington*, 310
**S.W.3d 452 (Tex. Crim. App. 2010).**

Abel Acosta, Clerk

BILLY JOE SALINAS
TDC # 1519690     REF

EBN3B 77583